AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 09 2018 ★
LONG ISLAND OFFICE

| | |
|---|---|
| DENISE SCIDMORE <br><br> *Plaintiff(s)* <br> v. <br> SYSCO LONG ISLAND, LLC, SYSCO CORPORATION, MATTHEW GOFFREDO, Individually, FRANK RECINE, Individually, and MARILYN JAMES, iNDIVIDUALLY <br><br> *Defendant(s)* | Civil Action No. <br><br> CV18 1486 <br><br> FEUERSTEIN, J. <br><br> TOMLINSON, M.J. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Frank Recine
Sysco Corporation
199 Lowell Ave.
Central Islip, New York

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Paul L. Dashefsky
317 Middle Country Rd.
Smithtown, New York 11787

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
CLERK OF COURT

Date: ___MAR - 9 2018___       _____
                               *Signature of Clerk or Deputy Clerk*