U.S. DISTRICT COURT OF THE STATE OF NEW YORK
EASTERN DISTRICT

N
INDEX #: CV 18 1486
DATE FILED: 3/9/2018
Job #: 32875
Court Date: Time:

DENISE SCIDMORE

*vs*

*plaintiff*

SYSCO LONG ISLAND, LLC, ET AL

PAUL DASHEFSKY
317 MIDDLE COUNTRY RD
SMITHTOWN, NY 11787

*defendant*

CLIENT'S FILE NO.:

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NASSAU   ss:

I, Michael Del Core, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on **4/10/2018** at **11:53 AM** at

137 MIDDLEVILLE RD, NORTHPORT, NY 11768

Deponent served the within **SUMMONS IN A CIVIL ACTION/COMPLAINT/INDEX# & DATE FILED**.

on FRANK RECINE recipient therein named. Service was made in the following manner after your deponent was unable with due diligence to serve the recipient in person: BY AFFIXING a true copy therof to the door of said premises, the same being the recipient's usual place of abode within the State of New York.

Deponent had previously attempted to serve the above named recipient on:
4/2/2018 8:10 AM 137 MIDDLEVILLE RD, NORTHPORT, NY 11768
4/7/2018 6:14 PM 137 MIDDLEVILLE RD, NORTHPORT, NY 11768

Deponent completed service by depositing a copy of the **SUMMONS IN A CIVIL ACTION/COMPLAINT/INDEX# & DATE FILED** on 4/16/2018 in a postpaid, properly addressed envelope by first class mail, bearing the legend Personal & Confidential and not indicating legal action, in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.
**Mailing was made to 137 MIDDLEVILLE RD, NORTHPORT, NY 11768**

Spoke w/ **NEIGHBOR** who confirmed defendant's nonmilitary status. Deponent spoke to and confirmed the above address of the defendant and asked whether defendant was in active military service of the United States or the State of New York in any capacity whatsoever or is a dependent of anyone in the military and received a negative reply. Furthermore, according to the person spoken to, defendant was known to wear ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I conclude that defendant is not in the military service of New York State or of the United States as that term is defined in either the state or federal statutes.

Sworn to before me on 4/16/18
Elizabeth A Colahan

ELIZABETH A. COLAHAN
Notary Public, State of New York
No. 01CO6211486
Qualified in Nassau County
Commission Expires September 21, 2021

Michael Del Core

# U.S. DISTRICT COURT OF THE STATE OF NEW YORK
# EASTERN DISTRICT

DENISE SCIDMORE

vs

SYSCO LONG ISLAND, LLC, ET AL

*plaintiff*

*defendant*

N
INDEX #: CV 18 1486
DATE FILED: 3/9/2018
Job #: 32874
Court Date: Time:

PAUL DASHEFSKY
317 MIDDLE COUNTRY RD
SMITHTOWN, NY 11787

CLIENT'S FILE NO.:

STATE OF NEW YORK: COUNTY OF NASSAU    SS:

## AFFIDAVIT OF SUITABLE SERVICE

**Michael Del Core**, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on **4/10/2018** at **12:01 PM** at **138 SUNKEN MEADOW RD, NORTHPORT, NY 11768** deponent served the within **SUMMONS IN A CIVIL ACTION/COMPLAINT/INDEX# & DATE FILED** on **MARILYN JAMES** therein named defendant.

After your deponent was unable with due diligence to serve the recipient by personal delivery, service was made by delivering a true copy thereof to and leaving with **JOHN DOE, Co-Tenant**, a person of suitable age and discretion at 138 SUNKEN MEADOW RD, NORTHPORT, NY 11768 said premises being the recipient's usual place of abode within the State of New York.

*REFUSED TO REVEAL NAME
A description of the person served on behalf of the defendant is as follows:
**Approx Age**: Over 65 Yrs., **Approx Weight**: 161-200 Lbs., **Approx Height**: 5' 9" - 6' 0", **Sex**: Male, **Skin**: White, **Hair**: Gray **Glasses**: Yes
**Other**:

Deponent completed service by depositing a copy of the **SUMMONS IN A CIVIL ACTION/COMPLAINT/INDEX# & DATE FILED** on 4/12/2018 in a postpaid, properly addressed envelope by first class mail, bearing the legend Personal & Confidential and not indicating legal action, in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.
**Mailing was made to 138 SUNKEN MEADOW RD, NORTHPORT, NY 11768**

Spoke w/ **JOHN DOE** who confirmed defendant's nonmilitary status. Deponent spoke to and confirmed the above address of the defendant and asked whether defendant was in active military service of the United States or the State of New York in any capacity whatsoever or is a dependent of anyone in the military and received a negative reply. Furthermore, according to the person spoken to, defendant was known to wear ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I conclude that defendant is not in the military service of New York State or of the United States as that term is defined in either the state or federal statutes.

Sworn to before me on
4/13/18

*[signature]*

DENNIS MARTIN
Notary Public, State of New York
No. 01MA023...
Qualified in Nassau County
Commission Expires Jan 18, 2019

*[signature]*

Michael Del Core

U.S. DISTRICT COURT OF THE STATE OF NEW YORK
EASTERN DISTRICT

N
INDEX #: CV 18 1486
DATE FILED: 3/9/2018
Job #: 32873
Court Date: Time:

DENISE SCIDMORE

*plaintiff*

vs

SYSCO LONG ISLAND, LLC, ET AL

PAUL DASHEFSKY
317 MIDDLE COUNTRY RD
SMITHTOWN, NY 11787

*defendant*

CLIENT'S FILE NO.:

**AFFIDAVIT OF SUITABLE SERVICE**

STATE OF NEW YORK: COUNTY OF NASSAU    SS:

**Keith Swensen**, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on **4/6/2018** at **10:05 AM** at **1 BEACH AVE, PATCHOGUE, NY 11772** deponent served the within **SUMMONS IN A CIVIL ACTION/COMPLAINT/INDEX# & DATE FILED** on **MATTHEW GOFFREDO** therein named defendant.

After your deponent was unable with due diligence to serve the recipient by personal delivery, service was made by delivering a true copy thereof to and leaving with **ANNE GOFFREDO, Family Member**, a person of suitable age and discretion at 1 BEACH AVE, PATCHOGUE, NY 11772 said premises being the recipient's usual place of abode within the State of New York.

A description of the person served on behalf of the defendant is as follows:
**Approx Age**: 51 - 65 Yrs., **Approx Weight**: 131-160 Lbs., **Approx Height**: 5' 0" - 5' 3", **Sex**: Female, **Skin**: White, **Hair**: Dk. Brown **Glasses**: Yes
**Other**:

Deponent completed service by depositing a copy of the **SUMMONS IN A CIVIL ACTION/COMPLAINT/INDEX# & DATE FILED** on 4/11/2018 in a postpaid, properly addressed envelope by first class mail, bearing the legend Personal & Confidential and not indicating legal action, in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.
**Mailing was made to 1 BEACH AVE, PATCHOGUE, NY 11772**

Spoke w/ **ANNE GOFFREDO** who confirmed defendant's nonmilitary status. Deponent spoke to and confirmed the above address of the defendant and asked whether defendant was in active military service of the United States or the State of New York in any capacity whatsoever or is a dependent of anyone in the military and received a negative reply. Furthermore, according to the person spoken to, defendant was known to wear ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I conclude that defendant is not in the military service of New York State or of the United States as that term is defined in either the state or federal statutes.

Sworn to before me on 4/11/18

DENNIS MARTIN
Notary Public, State of New York
No. 01MA6234284
Qualified in Nassau County
Commission Expires Jan. 18, 2019

Keith Swensen