UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DENISE SCIDMORE,**<br><br>        Plaintiff,<br><br>  v.<br><br>**SYSCO LONG ISLAND, LLC., SYSCO CORPORATION, MATTEW GOFFFREDO, Individually, FRANK RECINE, Individually, and MARILYN JAMES Individually,**<br><br>        Defendants. | **CIVIL ACTION NO. 18-cv-1486** |

## STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff and Defendants, that the above-captioned action, including all claims and counterclaims, be dismissed with prejudice in its entirety with no award of attorneys' fees, costs, or disbursements to either Plaintiff or Defendants by the Court, except as provided in the Confidential Settlement Agreement and General Release executed by and between Plaintiff and Sysco Long Island, LLC.

Dated: August 16, 2019

| | |
|---|---|
| **PAUL L. DASHEFSKY, ESQ.** | **REED SMITH LLP** |
| By:*/s/ Paul L. Dashefsky* | By: */s/ Mark S. Goldstein* |
|   Paul L. Dashefsky |   Mark S. Goldstein |
| 317 Middle Country Road | 599 Lexington Avenue |
| Smithtown, N.Y. 11787 | New York, N.Y. 10022 |
| (631) 361-7981 | (212) 521-5400 |
| *Attorney for Plaintiff* | *Attorneys for Defendants* |